12956.   TALLULAH FALLS RAILWAY Co. v. DAVIS, adm'x.

LUKE, J.  This case was before this court once before, and is reported in
   26 *Ga. App.* 215 (105 S. E. 712).  The only special grounds of the motion
   for a new trial insisted upon in the brief of counsel for the plaintiff in
   error relates to the failure of the court to charge as requested, and the
   refusal to direct a verdict.  The charge of the court, when read in its
   entirety, sufficiently covered the principle embraced in the request to
   charge; and, under repeated rulings of the Supreme Court and of this
   court, it is never error to refuse to direct a verdict.  A careful exami-
   nation of the record discloses that the evidence authorized the verdict,
   which has the approval of the trial judge, and for no reason assigned
   was it error to overrule the motion for a new trial.
*Judgment affirmed.  Bloodworth, J., concurs.  Broyles, C. J., disqualified.*
                    DECIDED MARCH 9, 1922.

   Action for damages; from Habersham superior court — Judge
J. B. Jones.  September 3, 1921.

   Application for certiorari was denied by the Supreme Court.

   *I. H. Sutton, Charters, Wheeler & Lilly,* for plaintiff in error.

   *R. R. Arnold, Howard Thompson,* contra.